UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00470-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  GERALD SANDOVAL,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Notice of Disposition was filed in the above matter on **December 27, 2010**.  A Change of Plea hearing is set for **Friday, February 11, 2011, at 11:00 a.m.**  The status conference set for Tuesday, January 4, 2011, is **VACATED**.

      **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

      Dated:  December 28, 2010