**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | June 24, 2011 | Probation: | Susan Heckman |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No:  **10-cr-00470-WYD**          Counsel:

UNITED STATES OF AMERICA,                       Ryan T. Bergsieker

        Plaintiff,

v.

**1.  GERALD SANDOVAL**,                        Edward A. Pluss
                                                David Johnson

        Defendant.

**SENTENCING**

**11:07 a.m.**   Court in Session - Defendant present (in-custody).

        APPEARANCES OF COUNSEL.

        Court's remarks regarding a jury question that will be taken up first.

**11:07 a.m.**   Court in Recess

**11:23 a.m.**   Court in Session - Defendant present (in-custody)

        **Change of Plea Hearing - Tuesday, February 22, 2011, at 11:00 a.m.
        Plea of Guilty - count one of Indictment**

        Court's opening remarks.

11:42 a.m.     Statement and argument on behalf of Government (Mr. Bergsieker).

11:49 a.m.     Statement and argument on behalf of Defendant (Mr. Pluss).

| | |
|---|---|
| 12:02 p.m. | Statement and argument on behalf of Government (Mr. Bergsieker). |
| 12:03 p.m. | Statement and argument on behalf of Defendant (Mr. Pluss). |
| 12:04 p.m. | Statement by Defendant on his own behalf (Mr. Sandoval). |
| | Court makes findings. |

**ORDERED:** Government's Motion Under U.S.S.G. 3E1.1 (b) for 1-Level Redcution in Defendant's Offense level for Acceptance of Responsibility (ECF Doc. #38), filed May 23, 2011, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:** Government's Motion (ECF Doc. #41), filed June 10, 2011, is **GRANTED.**

**ORDERED:** Defendant be **imprisoned** for **108** months.

**Court RECOMMENDS that the Bureau of Prisons place the defendant at the most appropriate facility within the state of Colorado and be placed in the Residential Drug Abuse Program (R.D.A.P.).**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED: Conditions** of **Supervised Release** are:

(X)  Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)  Defendant shall not commit another federal, state or local crime.

(X)  Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)  Defendant shall comply with standard conditions adopted by the Court.

(X)  Defendant shall not unlawfully possess a controlled substance.

(X)  The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

  (X)  The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

  (X)  Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by probation.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**12:18 p.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   :55**