UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00470-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  GERALD SANDOVAL,

    Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the government to grant the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines section 3E1.1(b), and the Court having considered the same, it is hereby

ORDERED that Government's Motion under U.S.S.G. 3E1.1(b) for 1-level Reduction in Defendant's Offense Level for Acceptance of Responsibility (ECF Doc. #38), filed May 23, 2011, is **GRANTED.**  It is further

ORDERED that defendant be granted an additional one-level decrease in the offense level.

    Dated:  June 24, 2011.

                                             BY THE COURT:

                                             s/ Wiley Y. Daniel
                                             Wiley Y. Daniel
                                             Chief United States District Judge