IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00470-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GERALD SANDOVAL,

    Defendant.

---

**GOVERNMENT'S MOTION TO RESTRICT DOCKET NOS. 156 AND 157**
_____

    The United States of America, by and through United States Attorney Cole Finegan, and the undersigned Assistant United States Attorney, respectfully moves to restrict documents, any order revealing the contents of those documents, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 2" Restriction which would make the documents and attachments, any order revealing the contents of those documents and the brief filed in support of this motion, "Viewable by Selected Parties & Court" only.

1

Respectfully submitted this 13th day of December, 2023.

        COLE FINEGAN
        United States Attorney

        By: *s/ Rebecca S. Weber*
        REBECCA S. WEBER
        Assistant U.S. Attorney
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: 303-454-0100
        Email: Rebecca.Weber@usdoj.gov
        Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2023, I electronically filed the foregoing **GOVERNMENT'S MOTION TO RESTRICT DOCKET NOS. 156 AND 157** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/ Michelle Trujillo*
Supervisory Legal Assistant
U.S. Attorney's Office